**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In Re:   Valdici Nogueira, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| Magnolia Ridge at Virginia Center ) | |
| Property Owners Association, Inc., ) | |
| ) | |
| Plaintiff, ) | Case No. 13-35305-KLP |
| ) | Chapter 13 |
| v. ) | |
| ) | |
| Teresa Nogueira, ) | |
| ) | |
| and ) | |
| ) | |
| Jose Z. Nogueira Neto, ) | |
| ) | |
| and ) | |
| ) | |
| Ana Luisa Nogueira, ) | |
| ) | |
| Defendants. ) | |

### WITHDRAWAL OF MOTION FOR RELIEF FROM CO-DEBTOR STAY

Comes now Plaintiff, Magnolia Ridge at Virginia Center Property Owners Association, by counsel, and hereby withdraws, without prejudice, its Motion for Relief from Co-Debtor Stay filed on May 29, 2013 against against the Defendants, Teresa Nogueira, Jose Z. Nogueira Neto and Ana Luisa Nogueira, (collectively "Co-Debtors").

Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia  23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Plaintiff

Date: January 27, 2014  Magnolia Ridge at Virginia Center
Property Owners Association

By  /s/ Edward S. Whitlock, III, Esquire
Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia  23060
Telephone:  (804) 545-6250
Facsimile:  (804) 545-6259
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2014, I mailed or electronically served a true copy of this Withdrawal of Motion for Relief From Co-Debtor Stay to each party required to receive notice as follows: Roger C. Hurwitz, Esquire, counsel for Debtor, at The Debt Law Group, PLLC., P.O. Box 5928, Glen Allen, VA  23058; Valdici Nogueira, Debtor, at his last known address of 10643 Runnymeade Drive, Glen Allen, VA 23059; Teresa Nogueira, Co-Debtor, at her last known address of 10643 Runnymeade Drive, Glen Allen, VA 23059; Jose Z. Nogueira Neto, Co-Debtor at his last known address of 10643 Runnymeade Drive, Glen Allen, VA 23059; Ana Luisa Nogueira, Co-Debtor at her last known address of 10643 Runnymeade Drive, Glen Allen, VA 23059 and Carl M. Bates, Trustee at P. O. Box 1819, Richmond, VA, 23218-1819.

/s/ Edward S. Whitlock, III, Esquire
Counsel